### Ex parte WILLIS L. SMITH.

No. A-10463. Oct. 11, 1945.
(162 P. 2d 590.)

Keaton, Wells & Johnston, of Oklahoma City, and Hudson & Hudson, of Tulsa, for petitioner.

Randell S. Cobb, Atty. Gen., E. J. Broaddus, Asst. Atty. Gen., and Dixie Gilmer, Co. Atty., and M. S. Simms and John L. Ward, Jr., Asst. Co. Attys, all of Tulsa, for respondent.

PER CURIAM. The question herein involved is moot, because the defendant was released from custody prior to the hearing.

It is therefore ordered that the case be and the same is hereby dismissed.